Exhibit 2



Exhibit 2



Exhibit 2

