Exhibit 3



1

Exhibit 3



Exhibit 3

