Exhibit 4





Exhibit 4



