Exhibit 5



