Exhibit 6



Exhibit 6

