

Exhibit 8

