Exhibit 9



