Exhibit 10







