Exhibit 11







