Exhibit 13



