Exhibit 16



1



Exhibit 16





3